RECEIVED
SDNY PRO SE OFFICE
2020 FEB -4  AM 10: 17

CASE Name:   Brown v. Automattic et al.

Docket No.   19-cv-06328-KPF

District Judge Assigned:   Katherine Polk Failla

Magistrate Judge Assigned: Katharine Parker

Request change of Defendants Service Addresses:

1. Automattic, Inc.
   Mindy Morton
   Partner
   Procopio, Cory, Hargreaves & Savitch LLP
   1117 S California Ave, Suite 200
   Palo Alto, CA 94304
2. Bluehost
   Attn: Legal Department
   1500 N Priest Drive, Suite 200
   Tempe, AZ 85281
3. Twitter, Inc
   1355 Market Street
   San Francisco, CA.

This information was only provided in the last month.
Thanking you for your attention.

Dora Brown
14 East 28th Street #236
New York, New York 10016
February 4, 2020