UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORA I. BROWN,<br><br>                          Plaintiff,<br><br>              -v.-<br><br>AUTOMATTIC INC.; BLUEHOST-<br>ENDURANCE INTERNATIONAL<br>GROUP; and TWITTER,<br><br>                          Defendants. | 19 Civ. 6328 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the Defendants' November 13, 2020 letters indicating their intent to file motions to dismiss the Third Amended Complaint. (Dkt. #45-47). The Court GRANTS Defendants' requests for leave and sets the following briefing schedule: Defendants' motions to dismiss and supporting papers will be due on or before December 16, 2020; Plaintiff's opposition papers will be due on or before January 27, 2021; Defendants' replies, if any, will be due on or before February 10, 2021. Defense counsel are reminded to transmit to Plaintiff, by electronic or ordinary mail, copies of any case cited in their briefing, whether reported or unreported.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated:  November 16, 2020
          New York, New York

                                                            KATHERINE POLK FAILLA
                                                            United States District Judge