UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORA I. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC, INC.; BLUEHOST-ENDURANCE INTERNATIONAL GROUP; and TWITTER.,<br><br>Defendants. | No. 1:19-cv-06328-KPF<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for Twitter, Inc. ("Twitter," a private non-governmental party) certifies that Twitter is a publicly held corporation, does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: December 16, 2020

PERKINS COIE LLP

By: *<u>/s/ Adam H. Schuman</u>*
Adam H. Schuman
Evelyn Y. Pang
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036
Tel.: (212) 262-6900
Fax: (212) 977-1649

*Attorneys for Defendant*
*Twitter, Inc.*