**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DORA BROWN,<br><br>Plaintiff,<br><br>-against-<br><br>AUTOMATTIC; BLUEHOST; and TWITTER,<br><br>Defendants. | Case No. 1:19-cv-06328-KPF<br><br>**NOTICE OF MOTION TO DISMISS THIRD AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT BY DEFENDANT AUTOMATTIC** |

PLEASE TAKE NOTICE, that Defendant Automattic Inc., ("Automattic") hereby moves this Court, before the Honorable Katherine P. Failla, United States District Judge at the United States District Court for the Southern District of New York, 40 Foley Square, New York New York, for an order dismissing Plaintiff's Third Amended Complaint, or, in the alternative, for an order for a more definite statement. The motion is based on the Notice, Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Melinda M. Morton, the pleadings and papers on file in this matter, and on such evidence and argument as may be presented at the hearing. The motion is based on Federal Rules of Civil Procedure 12(b)(6) and 12(e).

Dated: December 16, 2020

Respectfully submitted,

PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP

*/s/ Mindy Morton*

Melinda M. Morton
1117 S. California Ave, Suite 200
Palo Alto, CA 94304
Telephone: (650) 645-9000
Facsimile: (619) 235-0398
mindy.morton@procopio.com

Dated: December 16, 2020

Respectfully submitted,

SMITH MAZURE, P.C.

*/s/ Smith Mazure*

111 John Street
New York, NY 10038
(212) 964-7400 (Main)
(212) 485-8724 (Direct)
(212) 374-1935 (Fax)
asclar@smithmazure.com

Attorneys for Defendant Automattic, Inc