**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DORA I. BROWN,

                              Plaintiff,

           -against-                                             19 **CIVIL** 6328 (KPF)

                                                           **<u>JUDGMENT</u>**

TWITTER, AUTOMATTIC INC., and
BLUEHOST-ENDURANCE INTERNATIONAL
GROUP,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2021, Defendants' motions to dismiss are GRANTED in part and DENIED in part. Twitter's and Bluehost's motions to dismiss for lack of subject matter jurisdiction is denied, and Defendants' motions to dismiss for failure to state a claim is granted; accordingly, the case is closed.

**Dated:** New York, New York

        August 31, 2021

                                                             **RUBY J. KRAJICK**
                                                             _____
                                                             **Clerk of Court**
                                       **BY:**      *K. Mango*
                                                             _____
                                                             **Deputy Clerk**